IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Douglas W. Sweet | : | Chapter 13 |
| | : | Case No.: 22-10116-AMC |
| Debtors(s) | : | |

# **O R D E R**

**AND NOW,** this  9th  day of  October , 2024, upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby

**ORDERED** that the Debtor may incur additional debt by way of a mortgage refinance to satisfy the balance of his Chapter 13 Plan, which pays unsecured creditors at 100%, and payoff his 1st and 2nd mortgages with Santander Bank subject to proof of claims #3-1 and #4-1, resulting in a lower monthly total payment.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE